Mr. Justice SAYLOR joins the dissenting opinion.

**Robert RANDOLPH, Appellant,**

v.

**PENNSYLVANIA SUPERIOR COURT, Appellee.**

**No. 131 MAP 2002.**

Supreme Court of Pennsylvania.

Dec. 23, 2002.

### ORDER

PER CURIAM.

**AND NOW,** this 23rd day of December, 2002, probable jurisdiction is noted and the order appealed is affirmed.

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Jerome PASSARELLI, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 24, 2002.

### ORDER

PER CURIAM.

**AND NOW,** this 24th day of December, 2002, the Petition for Allowance of Appeal is granted, limited to he following issue:

Whether evidence of the previous physical abuse of a child is admissible against

a defendant when there is no proof linking the defendant to the prior act.